UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**PIONEER PET PRODUCTS, LLC**

      Plaintiff,

v.                                       Civil Action No. 2:16-cv-345

**EA DISTRIBUTION INC.**
      Defendant.

## COMPLAINT

Plaintiff, Pioneer Pet Products, LLC ("Pioneer"), for its complaint against Defendant, EA Distribution Inc. ("EA"), alleges the following:

### Nature of Action

1. This is a civil action for patent infringement under The Patent Act, 35 U.S.C. §§ 1-376, to prevent EA from further infringing Pioneer's U.S. Patents 8,770,148 ("the '148 patent") entitled "Filter for pet fountain" and D657,843 ("the '843 patent") entitled "Filter" (collectively "Pioneer's patents").

### Jurisdiction and Venue

2. The district court has original jurisdiction over this action pursuant to 28 U.S.C. §1331 (federal question) and §1338(a) (action arising under any Act of Congress relating to patents and copyrights).

3. Upon information and belief, EA regularly conducts business in the Eastern District of Wisconsin. Moreover, upon information and belief, EA actively markets and sells goods and products in this District, including but not limited to products that infringe Pioneer's

patents. Accordingly, venue in this District as to EA is proper under 28 U.S.C. § 1400(b) and/or 28 U.S.C. § 1391(b) and (c). Jurisdiction as to EA is proper pursuant to Wis. Stat. § 801.05(3) and/or Wis. Stat. § 801.05(4).

## Parties

4.  Plaintiff Pioneer is a Wisconsin company with its principal place of business in this District at N144 W5660 Pioneer Road, Cedarburg, Wisconsin 53012. Among other things, Pioneer is engaged in the business of manufacturing and selling pet-related products, including, but not limited to, filters for pet drinking fountains. Pioneer is the assignee and current owner of the '148 and '843 patents.

5.  Upon information and belief, Defendant EA is a corporation with its principal place of business at 11641 U.S. Highway 19 N., Clearwater, FL 33764.

## Background Facts

6.  Pioneer is a leader in the pet product industry, providing various products including pet fountains.

7.  Pioneer developed a pet drinking fountain system that includes a filter. The '148 and '843 patents are directed to Pioneer's filter, which is shown below:



## COUNT I: Infringement of the '148 Patent

8. Pioneer restates and incorporates by reference the allegations in the preceding paragraphs.

9. EA manufactures, offers to sell, and/or sells filters that infringe the '148 patent in violation of 35 U.S.C. § 271, including the pet feeding system shown below, which EA advertises as its Pet Standard ® Premium Charcoal Filters "for Pioneer Pet® Fountains."




10. Upon information and belief, EA continues to sell its infringing products.

11. Upon information and belief, EA is willfully infringing the '148 patent.

12. Upon information and belief, EA will continue to infringe the '148 patent unless and until it is enjoined by a court.

13. EA's infringement is causing irreparable harm to Pioneer, including, but not limited to, infringing upon Pioneer's rights in the '148 patent.

14. Pioneer has been damaged by EA's infringement of the '148 patent.

15. EA's conduct shows a lack of the required duty to avoid infringement of the '148 patent such that this is an exceptional case; therefore, Pioneer should be awarded its reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

16. Pursuant to 35 U.S.C. § 284, Pioneer is entitled to enhanced damages for infringement of the '184 patent, up to treble damages.

17. Pursuant to 35 U.S.C. § 283, Pioneer is entitled to a preliminary and permanent injunction against further infringement of the '184 patent.

## COUNT II: Infringement of the '843 Patent

18. Pioneer restates and incorporates by reference the allegations in the preceding paragraphs.

19. EA manufactures, offers to sell, and/or sells filters that infringe the '843 patent in violation of 35 U.S.C. § 271, including the pet feeding system shown in ¶ 9 above, which EA advertises as its Pet Standard ® Premium Charcoal Filters "for Pioneer Pet® Fountains."

20. Upon information and belief, EA continues to sell its infringing products.

21. Upon information and belief, EA is willfully infringing the '843 patent.

22. Upon information and belief, EA will continue to infringe the '843 patent unless and until it is enjoined by a court.

23. EA's infringement is causing irreparable harm to Pioneer, including, but not limited to, infringing upon Pioneer's rights in the '843 patent.

24. Pioneer has been damaged by EA's infringement of the '843 patent.

25. EA's conduct shows a lack of the required duty to avoid infringement of the '843 patent such that this is an exceptional case; therefore, Pioneer should be awarded its reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

26. Pursuant to 35 U.S.C. § 284, Pioneer is entitled to enhanced damages for infringement of the '843 patent, up to treble damages.

27. Pursuant to 35 U.S.C. § 283, Pioneer is entitled to a preliminary and permanent injunction against further infringement of the '843 patent.

28. Pursuant to 35 U.S.C. § 289, Pioneer is entitled to an award of EA's profits from its sales of the infringing filters.

WHEREFORE, Plaintiff, Pioneer Pet Products, LLC, demands judgment against Defendant EA Distribution Inc. as follows:

A. That the defendant be preliminarily and permanently enjoined from manufacturing or selling any further products that infringe the '148 and/or the '843 patent.

B. An award of plaintiff's actual damages.

C. An award of defendant's profits.

D. An award trebling or enhancing the damages found due to defendant's willful infringement.

E. That the defendant be ordered to turn over to plaintiff or alternatively to destroy any infringing pet feeding system in its possession.

F. An award of plaintiff's costs, including attorneys fees.

G. Any other relief that the court may deem proper and just.

## JURY DEMAND

Plaintiff Pioneer Pet Products, LLC demands a jury trial for all factual issues not admitted by the defendant.

                                                      Respectfully submitted,

Dated: March 22, 2016                          s/Michael T. Griggs
                                                      Michael T. Griggs
                                                        Sarah M. Wong
                                                        Boyle Fredrickson S.C.
                                                        840 N. Plankinton Avenue
                                                        Milwaukee, WI 53203
                                                        Telephone: 414-225-9755
                                                        Facsimile: 414-225-9753
                                                        ***Attorneys for Pioneer Pet Products, LLC***